# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DOUGLASS PATTERSON,

   Plaintiff,

               CASE NO. 05-71528

-vs-

               PAUL D. BORMAN

WAYNE COUNTY, et al.,       UNITED STATES DISTRICT JUDGE

   Defendants.
_____/

## ORDER DENYING PLAINTIFF'S
## SECOND APPLICATION FOR APPOINTMENT OF COUNSEL

  Before the Court is Plaintiff Douglass Patterson's Application for Appointment of Counsel in his civil action. (Doc. No. 28).

  Plaintiff requests this Court appoint him counsel for the reason he has been unable find an attorney to take his case..

  Upon consideration of Plaintiff's application for appointment of counsel, the Court hereby **DENIES** Plaintiff's application.

  **SO ORDERED.**

               s/Paul D. Borman
               PAUL D. BORMAN
               UNITED STATES DISTRICT JUDGE

Dated: February 26, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on February 26, 2008.

                s/Denise Goodine
                Case Manager