**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DOUGLASS PATTERSON

Plaintiff,

Case Number: 05-cv-71528

v.

JUDGE PAUL D. BORMAN
UNITED STATES DISTRICT COURT

COUNTY OF WAYNE, WAYNE COUNTY DEPUTY SHERIFFS MICHAEL WINFREY, AARON MEDLEY, KENNETH TOTH, RUSSELL HERR, Individually and in Their Official Capacities,

Defendants.
_____________________________________/

**ORDER REQUIRING PLAINTIFF TO RESPOND BY 12:00 P.M. ON AUGUST 28, 2009 TO DEFENDANTS' MOTION TO AMEND PRETRIAL ORDER TO SUBSTITUTE DR. GEORGE WILSON AS DEFENDANTS' EXPERT AT TRIAL**

Defendants filed a Motion to Amend Pretrial Order to Substitute Dr. George Wilson as Defendants' Medical Expert at Trial on August 25, 2009. (Dkt. No. 66). Trial is currently set to begin on September 19, 2009.

Therefore, the Court **ORDERS** Plaintiff Douglass Patterson to respond to Defendants' Motion by12:00 P.M. on August 28, 2009. Plaintiff's response brief is to be limited to no more than three pages. No reply brief is needed from Defendants.

**SO ORDERED.**

S/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: August 25, 2009

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 25, 2009.

S/Denise Goodine
Case Manager