UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUGLASS PATTERSON,

    Plaintiff,

                                                        Case No. 05-71528
v.                                                     Honorable Judge Paul D. Borman

MICHAEL WINFREY, AARON MEDLEY,
RUSSELL HERR,

    Defendants.

_____/

## ORDER NOTIFYING PARTIES THAT PLAINTIFF'S MOTION FOR NEW TRIAL WILL BE DECIDED UPON THE PARTIES' BRIEFS

Pursuant to Local Rule 7.1(e)(2), the Court hereby notifies the parties that it will make a decision on Plaintiff's Motion for New Trial (Dkt. No. 80) on the parties' submitted briefs without holding a hearing. Therefore, the Court cancels the oral hearing scheduled for Thursday, January 14, 2009 at 2:00 p.m.

                                                       s/Paul D. Borman
                                                       PAUL D. BORMAN
                                                     UNITED STATES DISTRICT JUDGE

Dated: January 6, 2010

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 6, 2010.

                                        s/Denise Goodine
                                        Case Manager